IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 3, 2008

Charles R. Fulbruge III
Clerk

————————————

No. 07-20898
Summary Calendar

————————————

LARRY ONVISI OMODIA,

Plaintiff-Appellant

v.

MICHAEL B. MUKASEY, U. S. ATTORNEY
GENERAL; MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF HOMELAND
SECURITY; KENNETH LANDGREBE, DIRECTOR
OF DETENTION & REMOVAL,

Defendants-Appellees

———————————————

Appeal from the United States District Court
for the Southern District of Texas
(4:07-CV-2735)

———————————————

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.